**IN THE UNITED STATES DISTRICT COURT F
OR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TARA BROOKY,**<br>**34 E. Preston Street**<br>**Apt. 3**<br>**Baltimore, MD 21202**<br><br>***Plaintiff*,**<br><br>**NEW VENTURE FUND**<br>**1828 L Street, NW, Suite 300**<br>**Washington, DC 20036**<br><br>**PROTECT OUR CARE**<br>**80 M Street, SE**<br>**Washington, DC 20003**<br><br>**And**<br><br>**SIXTEEN THIRTEEN FUND**<br>**1828 L Street, NW Suite 400-B**<br>**Washington, DC 20036**<br><br>***Defendants.*** | **Case No. 1:26-cv-03590**<br>**Judge: Hon. Trevor McFadden** |

**DECLARATION OF PETER E. MINA**

I, Peter E. Mina, make the following declaration, pursuant to 28 U.S.C. § 1746, in support of Plaintiff's Motion for Leave to File her Complaint out of Time:

1. I am a counsel of record for Plaintiff, Tara Brooky.

2. Ms. Brooky received a Notice of Right to Sue via the EEOC's electronic public portal on July 16, 2026. The 90-day period within which to file suit was set to expire on October 14, 2026.

3. On October 14, 2026, because of significant back and leg pain due to arthritis and sciatica, I was in physical therapy, including being in traction. As a solo-practitioner, I did not have another attorney to assist me in completing the filing of the complaint. *Id*.
4. While my condition significantly hampered my ability to do so, I did my best to file Ms. Brooky's complaint in a timely manner.
5. As I was attempting to complete the filing of Ms. Brooky's complaint via ECF, I was unable to complete payment of the filing fee which prevented me from finishing the filing process. Each time I attempted to do so, I received an error message from PACER, where payment is completed, indicating that I was unable to log in because the connection failed. With each failure to complete payment, when I returned to ECF, I had to restart the filing process. I attempted to complete payment several times into the early morning of October 15, 2026. Because of the connection error I received, I tried filing using a different wi-fi network in case the problem was my own internet connectivity, but the problem persisted even while using this second network. I also visited other websites to verify that my connection was active. At approximately 1:45 AM on October 15, 2026, I recognized I was not going to be able to successfully file without assistance from the PACER help desk or the Clerk's Office. To the best of my recollection, there was no indication on either the Court's website, the ECF system or PACER that there would be any outages or other technical issues on October 14, 2026, or any time thereafter, as I was attempting to file.
6. On the morning of October 15, 2026, I called the PACER help desk for assistance but was faced with a lengthy wait time given the number of callers. Shortly after 9:00 AM, I contacted the Clerk's Office to request assistance regarding the error I received when attempting to complete payment. When I explained the issue that I faced in my attempts to

file, a representative of the clerk's office told me that there may have been a glitch, or words to that effect. The representative assisted me by providing a workaround to my problem in order to complete payment and file the complaint at 9:30 AM.

7. When I asked The Clerk's Office representative how to notify the Court of the technical issue I faced in filing the complaint, the representative advised me to either file a notice or a motion. *Id.* Recognizing the significance of the applicable statute of limitations at issue here, I elected to file a motion to this Court and to notify Defendant of the issue in good faith.

**I declare the foregoing is true and correct to the best of my knowledge and belief.**

Signed: /s/ Peter E. Mina Date: October 20, 2026